Larry Herman COTTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 22, 1974.

Don H. Major, Mulhall, Major & Turner, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Asst. Deputy Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

David L. THOMAS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 15, 1974.

C. B. Upton, Williamsburg, for appellant.

Ed W. Hancock, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

TRAVELERS INS. CO., Appellant,

v.

James F. HUTCHASON, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Feb. 15, 1974.

Edwin O. Davis, Davis & Mahan, Louisville, for appellant.

George R. O'Bryan, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner HOLLIE CONLEY, Affirming.*

James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, Successor to Thomas E. Raney, Successor to John W. Young, Appellant,

v.

Frances MAY et al., Appellees.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Feb. 15, 1974.

Gemma M. Harding, Louisville, Attorney for Special Fund, Robert D. Hawkins, Chief Counsel, Special Fund, Frankfort, for appellant.

J. Granville Clark, Russellville (for Frances May), John David Cole, Joyce M. Russell, Harlin, Parker, Cole & Rudloff, Bowling Green (for Potter-Brumfield, Inc.), for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

* Opinion ordered not to be published.